UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

In Re: DANIEL MURIN

                                      CASE NO: 13-22302-BKC LMI

Debtor.
_____/

## MOTION TO COMPEL CREDITOR, CITIMORTGAGE, INC. TO MODIFY MORTGAGE

      COMES NOW the Debtor, DANIEL MURIN, by and through the undersigned attorney and files this Motion To Compel creditor, Citimortgage, Inc. to Modify Mortgage and as grounds therefore states:

1. That debtor and creditor agreed to participate in the mortgage modification program whereby creditor would modify the mortgage if debtor could demonstrate that he could afford to pay the mortgage balance on terms within the customary terms of modifications being offered to the public at large.

2. That debtor has been making LMM payments since **JUNE, 2013** on a timely basis. His payment history clearly demonstrates that he can afford to make the modified mortgage payment.

3. That Debtor's current mortgage was a 15 year amortizing mortgage. The mortgage could be modified by simply making the loan a 30 year amortizing loan. Normally, debtors try to modify the loan by making the loan at issue into a 40 year loan with an interest rate as low as 2%. Debtor has never requested such treatment.

4. That debtor has continuously provided proof of his retirement income, social security income and his wife's employment income.

All documentation regarding income has been provided over and over again.  Creditor should have been able to determine that debtor can afford a modified mortgage payment.  Participation in the loan modification process in chapter 13 implies a duty to review the case in good faith to determine if a debtor can establish ability to pay the debt within the normal guidelines of mortgage modification as set forth in the various government programs.  In the case at hand, debtor has only asked that the loan be made into a normal 30 year amortizing loan...not the holy grail of modification....2% for 40 years.

WHEREFORE, the Debtor, DANIEL MURIN, prays that the Court order CITIMORTGAGE, INC. to modify the loan by making the loan a 30 year amortization starting now.

          Jared Kullman
          _____
          Jared J. Kullman
          Attorney For Debtor
          1910 S. State Road 7
          Miramar, FL 33023
          (954) 629-9319
          Bankruptmenow@yahoo.com