

**ORDERED in the Southern District of Florida on March 19, 2015.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

```
U.S. BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF FLORIDA


In Re: DANIEL MURIN
                                        CASE NO:  13-22302-BKC LMI

Debtor.
_____/


ORDER DENYING DEBTOR'S MOTION TO COMPEL MODIFICATION OF MORTGAGE
```
**WITHOUT PREJUDICE**

```
THIS CAUSE having come before the court on MARCH 3, 2015 on
Debtor's Motion to Compel Modification of Mortgage and the Court
having heard argument regarding the basis for the denial of the
mortgage modification and being otherwise fully advised in the
Premises it is ordered that the motion to compel mortgage
modification is denied
```
**without prejudice** to debtor filing a
motion seeking an appropriate remedy.

*\*\**

Submitted by:

Jared J. Kullman, Esq.
1910 S. State Road 7
Miramar, FL 33023
(954) 629-9319
Bankruptmenow@yahoo.com

A copy of this order shall be mailed to all necessary parties by movant's attorney.